Monday, May 15, 2017

No. 17–0408/AR. United States, Appellant v. Erik P. Jacobsen, Appellee. CCA 20160786. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, UCMJ, and a supporting brief were filed under Rule 22, together with a motion to stay trial proceedings on this date on the following issue:

WHETHER THE TRIAL COUNSEL'S CERTIFICATION THAT EVIDENCE IS "SUBSTANTIAL PROOF OF A FACT MATERIAL IN THE PROCEEDING" IS CONCLUSIVE FOR PURPOSES OF ESTABLISHING APPELLATE JURISDICTION UNDER ARTICLE 62(a)(1)(B), UNIFORM CODE OF MILITARY JUSTICE.

Appellee will file an answer under Rule 22(b) on or before May 25, 2017.

Tuesday, May 16, 2017

No. 17–0302/AR.   U.S. v. Michael S. Knoop.   CCA 20160353.   In the above reference cases, on consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0112/AR.   U.S. v. Jason R. Crews.   CCA 20130766.   On consideration of Appellant's motion to file supplemental matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby denied.

No. 17–0162/NA.   U.S. v. Keith E. Barry.   CCA 201500064.   On consideration of the motion filed by Lieutenant Christopher C. McMahon to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant.   Accordingly, it is ordered that said motion is hereby granted.

No. 17–0263/AR.   U.S. v. Timothy B. Hennis.   CCA 20100304.   Appellee's motion to extend time to file an answer to Appellant's consolidation motion granted to May 24, 2017.

No. 17–0369/AF.   U.S. v. Michael R. Hassell.   CCA 38903.   Appellant's second motion to extend time to file a supplement to the petition for grant of review granted to May 18, 2017.

No. 17–0399/AR.   U.S. v. Isaiah L. Davis.   CCA 20150587.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 1, 2017.

No. 17–0400/AR.   U.S. v. Joshua W. James.   CCA 20160631.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 1, 2017.

No. 17–0401/AF.   U.S. v. Adam P. Cohen.   CCA 38472.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 1, 2017.

No. 17–0402/AR.   U.S. v. Dakota A. Bragan.   CCA 20160124.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 1, 2017.

No. 17–0404/AF.   U.S. v. Vashaun M. Blanks.   CCA 38891.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 5, 2017.

No. 17–0405/AF.   U.S. v. Sean C. Mooney.   CCA 38929.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 5, 2017.

No. 17–0406/NA.   U.S. v. Andrew J. Wright.   CCA 201600098.   Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 5, 2017.